UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK                PLAINTIFF

V.                                      CIVIL ACTION NO.1:06CV097 LTS-RHW

LOWRY DEVELOPMENT, LLC                                      DEFENDANT

CONSOLIDATED WITH

LOWRY DEVELOPMENT, LLC                                      PLAINTIFF

V.                                     CIVIL ACTION NO. 1:06CV412 LTS-RHW

GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK; GROVES & ASSOCIATES INSURANCE, INC.,
and CRUMP INSURANCE SERVICES OF MEMPHIS, INC.           DEFENDANTS

# ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [129] of Great American Insurance Company for summary judgment is **DENIED**; and

That the motion [114] of Lowry for partial summary judgment is **GRANTED IN PART** in accordance with the findings and rulings embodied in the Memorandum Opinion.

**SO ORDERED** this 30th day of October, 2007.

               s/ L. T. Senter, Jr.
               L. T. SENTER, JR.
               SENIOR JUDGE