IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | PLAINTIFF |
| VERSUS | CAUSE NO. 1:06CV97LTS-RHW |
| LOWRY DEVELOPMENT, LLC | DEFENDANT |

CONSOLIDATED WITH

| | |
|---|---|
| LOWRY DEVELOPMENT, LLC | PLAINTIFF |
| VERSUS | CAUSE NO. 1:06CV412LTS-RHW |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, ET AL. | DEFENDANTS |

**ORDER REGARDING RESPONSE AND REBUTTAL PROCEDURE RELATED TO GREAT AMERICAN INSURANCE COMPANY OF NEW YORK'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL**

The Court having received Great American Insurance Company of New York's ("GAIC") Motion for Judgment as a Matter of Law and for New Trial [Doc. 337] and Lowry Development, LLC's ("Lowry") Response thereto ("Lowry's Response") [Doc. 339], and all parties having agreed on the following, IT IS HEREBY ORDERED:

1. Groves and Associates Insurance, Inc.'s ("Groves") Response to GAIC's Motion for Judgment as a Matter of Law and for New Trial ("Groves's Response") shall be filed with the Court by February 25, 2008.

2. GAIC shall be permitted to file one Joint Rebuttal to Lowry's Response and Groves's Response. GAIC shall be allowed twenty (20) pages for such Joint Rebuttal, which shall be filed with the Court by March 10,

1

2008.

SO ORDERED this the 6th day of February, 2008.

                                                     s/ L. T. Senter, Jr.
                                                     L.T. SENTER, JR.
                                                     SENIOR JUDGE

Agreed:

/s/ Alex Purvis
Roy D. Campbell, III [MSB No. 5562]
Alex Purvis [MSB No. 100673]
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
*Attorneys for Great American Insurance Company of New York*

/s/ Thomas E. Vaughn
Thomas E. Vaughn [MSB No. 6606]
Vaughn, Bowden & Wooten, P.A.
Post Office Drawer 240
Gulfport, MS 39502-0240
*Attorney for Lowry Development, LLC*

/s/ David A. Barfield
David A. Barfield [MSB No. 1994]
Lara Ashley Coleman [MSB No. 10506]
Barfield & Associates, P.A.
P.O. Box 3979
Jackson, MS 39207-3979
*Attorneys for Groves & Associates Insurance, Inc.*