UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK**				**PLAINTIFF**

**V.**						**CIVIL ACTION NO.1:06CV097 LTS-RHW**

**LOWRY DEVELOPMENT, LLC**						**DEFENDANT**

CONSOLIDATED WITH

**LOWRY DEVELOPMENT, LLC**						**PLAINTIFF**

**V.**						**CIVIL ACTION NO. 1:06CV412 LTS-RHW**

**GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK; GROVES & ASSOCIATES INSURANCE, INC.
and CRUMP INSURANCE SERVICES OF MEMPHIS, INC.**			**DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [337] of Great American Insurance Company for entry of judgment as a matter of law, or, in the alternative, for a new trial is **DENIED**.

**SO ORDERED** this 11th day of March, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE