UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK**               **PLAINTIFF**

**V.**

                        **CIVIL ACTION NO. 1:06CV097 LTS-RHW**

**LOWRY DEVELOPMENT, LLC**               **DEFENDANT**

**CONSOLIDATED WITH**

**LOWRY DEVELOPMENT, LLC**               **PLAINTIFF**

**V.**             **CIVIL ACTION NO. 1:06CV412 LTS-RHW**

**GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK; GROVES & ASSOCIATES INSURANCE, INC.
and CRUMP INSURANCE SERVICES OF MEMPHIS, INC.**               **DEFENDANT**


**FINAL ORDER AWARDING COSTS**

      On September 10, 2009, the claim of Lowry Development, LLC (Lowry) against Great American Insurance Company of New York (Great American) was finally dismissed and Lowry was ordered to pay all taxable costs to Great American [367].  On October 9, 2009, the Clerk of Court awarded [369] Great American $72,161.07 in court costs.

      Lowry filed its motion [370] to review that award of costs and on April 27, 2010 the Court confirmed the award of the Clerk as to costs totaling $41,666.05, disallowed a mediator's fee of $662.50 and determined that certain copy charges would also be allowed upon certification of Great American's counsel that the copy charges met the criteria specified by the Court [382].

      Great American's counsel filed that certification on May 21, 2010 [384], in accordance with which the Court now allows an additional $11,052.00 in costs for copy charges.

Accordingly, it is hereby

      **ORDERED**

1. The Opinion and Order on Motion to Review Bill of Costs [382] is supplemented to allow an additional $11,052.00 in costs for copy charges.

2. The award of the Clerk of Court is confirmed as to costs totaling $52,718.05.

3. Great American Insurance Company of New York shall have and recover from Lowry Development, LLC the total sum of $52,718.05 in court costs, together with interest from date of entry of this order, which shall have the effect of a judgment, and judgment may be entered and enrolled in that amount against Lowry Development, LLC and in favor of Great American Insurance Company of New York.

**SO ORDERED** this 2nd day of November, 2010.

s/ L. T. Senter, Jr.
L.T. SENTER, JR.
SENIOR JUDGE

APPROVED AS TO FORM ONLY:

s/ Thomas E. Vaughn_____
Thomas E. Vaughn
*Attorney for Lowry Development, LLC*

APPROVED:

s/ Roy D. Campbell, III_____
Roy D. Campbell, III
*Attorney for Great American Insurance Company of New York*